

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00394-CR

Gary Wayne Tarver § From the 355th District Court

§ of Hood County (CR11889)

v. § April 17, 2014

§ Per Curiam

The State of Texas § (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect that the total amount of "Court Costs," after subtracting $930 in improperly-assessed appointed attorney's fees, is $594. The order to withdraw funds attached to and incorporated into the judgment as Attachment A is also modified to state that the total amount of "court costs, fees and/or fines and/or restitution" is $10,594. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM